UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANEKA WASHINGTON,

    Petitioner,

v.                                                      Civil Action No. 2:10-cv-10559
                                                       Honorable George Caram Steeh

MILLICENT WARREN,

    Respondent.
_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AS MOOT**

This 28 U.S.C. § 2254 matter is before the Court because on January 2, 2013, Petitioner Shaneka Washington filed a "Notice of Appeal" [ECF No. 11], and a "Motion for Certificate of Appealability" [ECF No. 13], concerning the Court's Opinion and Order denying her Petition for Writ of Habeas Corpus on November 6, 2012. *Washington v. Warren*, No. 2:10-cv-10559, 2012 WL 5410604 (E.D. Mich. Nov. 6, 2012). In that Opinion and Order, the Court also declined to issue Petitioner a Certificate of Appealability (COA). *Id.* at 9-10. The Court concluded that reasonable jurists would not find its assessment of Petitioner's claims to be debatable or wrong. *Id.* Since the Court has already ruled on the COA issue, Petitioner's Motion for a COA is denied as moot.

Dated: January 11, 2013

                                                       s/George Caram Steeh
                                                       GEORGE CARAM STEEH
                                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 11, 2013, by electronic and/or ordinary mail and also on Shaneka Washington, #657180, Huron Valley Complex - Women's, 3201 Bemis Road, Ypsilanti, MI 48197.

s/Barbara Radke
Deputy Clerk